UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 10-10077-CIV-KING

HARTFORD CASUALTY INSURANCE
COMPANY, a foreign corporation,

    Plaintiff,

v.

CITY OF MARATHON, a Florida municipality,
INTRASTATE CONSTRUCTION CORP.,
a Florida corporation,

    Defendants.
_____/

## ORDER REOPENING CASE

THIS MATTER is before the Court upon the Mandate of the Court of Appeals receiving in this Court on February 6, 2013 (D.E. #105) reversing in part, vacating in part and remanding the case to the U.S. District Court. Therefore, it is

ORDERED, ADJUDGED and DECREED that the case be REOPENED on the docket of the U.S. District Court.

DONE AND ORDERED in chambers at the James Lawrence King Federal Justice Building and United States Courthouse, Miami, Florida, this 8th day of February, 2013.

_____
JAMES LAWRENCE KING
UNITED STATES DISTRICT JUDGE

cc:   ***Counsel for Plaintiff:***
Timothy Shane Taylor, Esq.
Vezina Lawrence & Piscitelli
121 Alhambra Plaza
Suite 1604
Coral Gables, FL 33134

***Counsel for Defendant Intrastate Construction Corp.:***
Michael English Stearns, Esq.
Douglas James Roberts, Esq.
Stearns Roberts & Guttentag, P.A.
1000 Sawgrass Corporate Parkway
Suite 552
Fort Lauderdale, FL 33323

***Counsel for Defendant City of Marathon:***
Joy Spillis Lundeen, Esq.
Christopher Lawrence Barnett, Esq.
Zachary Scott Bower, Esq.
Stearns Weaver Miller Weissler Alhadeff & Sitterson
Museum Tower
150 W Flagler Street
Suite 2200
Miami, FL 33130